Evan D. Schwab (NV Bar No. 10984)
Email: evan@schwablawnv.com
**SCHWAB LAW FIRM, PLLC**
7455 Arroyo Crossing Parkway, Suite 220
Las Vegas, NV 89113
Telephone:  702-761-6438
Fax:  702-921-6443

*Attorneys for Plaintiffs Dawn Gregory & Anthony Gregory*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| G.K.G. BY AND THROUGH HIS PARENTS ANTHONY GREGORY & DAWN GREGORY, INDIVIDUALLY,<br><br>Plaintiff,<br><br>v.<br><br>NYE COUNTY SCHOOL DISTRICT; DOES I through X and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:24-cv-00609-GMN-NJK<br><br>**Stipulation to Extend Briefing Deadlines** |

Plaintiffs, by and through their attorneys of record Evan D. Schwab, Esq. of Schwab Law Firm PLLC ("SLF") and Defendant Nye County School District ("Defendant"), by and through their attorneys of record Paul J. Anderson, Esq. of Maupin, Cox & LeGoy, hereby file this Stipulation to Extend Briefing Deadlines.

This Stipulation is entered into for the following reasons:

1. Defendant filed Defendant Nye County School District's Motion to Dismiss for Failure to Exhaust Administrative Remedies ("Motion to Dismiss") on June 11, 2024. Plaintiffs' Response to the Motion is presently due on or before June 25, 2024.

- 1 -

2. Counsel for the Parties have trials, professional obligations and pre-scheduled summer travel/vacations and agree that a brief extension of time for the filing of the Response in this Matter and the Reply is necessary. Counsel stipulate that the Response be due for filing on or before July 9, 2024, and any Reply thereto be due on or before July 26, 2024.

3. No Trial date has been set in this matter and the instant extension will not cause undue delay, prejudice or otherwise be harmful to any of the Parties to this action. No formal hearing date has been set on the Motion to Dismiss. This Stipulation is submitted in good faith and is the first request for extension of time as to the briefing deadlines.

| | |
|---|---|
| Dated this 25th day of June 2024 | Date this 25th day of June 2024 |
| Schwab Law Firm PLLC | Maupin, Cox & LeGoy |
| /s/ Evan Schwab | /s/ Paul J. Anderson |
| Evan D. Schwab (NV Bar No. 10984)<br>7455 Arroyo Crossing Parkway, Suite 220<br>Las Vegas, Nevada 89113<br>E: evan@schwablawnv.com<br>T: 702-761-6438<br>F: 702-921-6443 | Paul J. Anderson (NV Bar No. 709)<br>4785 Caughlin Parkway<br>Reno, Nevada 89519<br>E: panderson@mcclawfirm.com<br>T: 775-827-2000<br>F: 775-827-2185 |
| Attorneys for Plaintiffs | Attorneys for Defendant |

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: June 26, 2024