UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DAWN GREGORY, et al.,<br>　　　Plaintiff(s),<br>v.<br>NYE COUNTY SCHOOL DISTRICT,<br>　　　Defendant(s). | Case No. 2:24-cv-00609-GMN-NJK<br><br>**Order**<br><br>[Docket No. 13] |

　　　Pending before the Court is a stipulation to vacate the requirement to file a discovery plan until after resolution of Defendant's motion to dismiss. Docket No. 13. The stipulation is effectively seeking a stay of discovery, but it has not addressed the governing standards. Moreover and significantly, the mere filing of a motion to dismiss does not warrant a stay of discovery. *See, e.g.*, *Tradebay, LLC v. eBay, Inc.*, 278 F.R.D. 597, 600-01 (D. Nev. 2011).

　　　Accordingly, the pending stipulation is **DENIED** without prejudice. If the parties seek a stay of discovery, they must file, by August 5, 2024, a request addressing the pertinent standards. *See Kor Media Grp., LLC v. Green*, 294 F.R.D. 579, 581 (D. Nev. 2013). If such a request to stay discovery is not filed, a joint discovery plan must be filed by August 12, 2024.

　　　IT IS SO ORDERED.

　　　Dated: July 29, 2024

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　Nancy J. Koppe
　　　　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge

1