Paul J. Anderson, Esq., NSB #709
Maupin, Cox & LeGoy
4785 Caughlin Parkway
Reno, NV 89519
panderson@mcllawfirm.com
Tel.: (775) 827-2000
Fax: (775) 827-2185
*Attorneys for Defendant Nye County School District*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| G.K.G. BY AND THROUGH HIS PARENTS ANTHONY GREGORY & DAWN GREGORY, INDIVIDUALLY,<br><br>Plaintiff,<br><br>vs.<br><br>NYE COUNTY SCHOOL DISTRICT; DOES I through X and ROE CORPORATIONS I through x, inclusive,<br><br>Defendants. | Case No.: 2:24-cv-00609-GMN-NJK<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Pursuant to Local Rule LR IA 6-2, Defendant, NYE COUNTY SCHOOL DISTRICT ("Defendant" or "NCSD"), by and through its undersigned counsel; and Plaintiff, G.K.G. BY AND THROUGH HIS PARENTS ANTHONY GREGORY & DAWN GREGORY, ("Plaintiffs"), by and through their undersigned counsel, collectively referred to herein as "Parties," hereby stipulate that the above-entitled matter, including all claims for relief pursued by all Parties, be dismissed with prejudice with each Party to bear its own costs and expenses incurred in this action.

///

///

///

| | |
|---|---|
| Dated January 16, 2024. | Dated: January 15, 2025 |
| MAUPIN, COX & LeGOY | SCHWAB LAW FIRM PLLC |
| By: /s/ Paul J. Anderson | By: /s/ Evan D. Schwab |
| Paul J. Anderson, Esq., NSB #709<br>4785 Caughlin Parkway<br>Reno, NV 89519<br>Tel.: (775) 827-2000<br>Fax: (775) 827-2185<br>panderson@mcllawfirm.com<br>*Attorneys for Defendant Nye County School District* | Evan D. Schwab, Esq., NSB #7256<br>7455 Arroyo Crossing Parkway, Ste. 220<br>Las Vegas, NV 89113<br>Tel.: (702) 761-6438<br>Fax: (702) 921-6443<br>evan@schwablawnv.com<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED.**

Dated this 16 day of January, 2025.

_____
Gloria M. Navarro District Judge
UNITED STATES DISTRICT COURT